**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

IN RE:                                                        Case No. 15-30351-DHW
                                                             Chapter 13
ESSIE WALLACE
SSAN:  XXX-XX-3328



                        Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1.  The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on  Monday, February 9, 2015.

2.  The debtor(s) §341 Meeting of Creditors was held  Thursday, March 12, 2015.

 (X) Debtor(s) was to provide documentation supporting the value listed on the 2010 Ford Focus .

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, April 6, 2015.

Office of the Chapter 13 Trustee                    Curtis C. Reding
P. O. Box 173                                       Chapter 13 Trustee
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com              By:/s/ *Tina J. Hayes*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this  Monday, 6 April, 2015 .

Copy to: DEBTOR(S)                              /s/ *Tina J. Hayes*
         JOSHUA C MILAM
                                                Tina J. Hayes