# UNITED STATES BANKRUPTCY COURT

### FOR THE MIDDLE DISTRICT OF ALABAMA
### MONTGOMERY DIVISION

In re    Essie Wallace             Case No.    15-30351

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).    Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI | Beneficial Financial I Inc., successor by merger to Beneficial Ohio Inc. D/B/A Beneficial Mortgage Co. of Ohio |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Fay Servicing, LLC**
**Bankruptcy Department**
**3000 Kellway Dr., Ste 150**
**Carrollton, TX 75006**

Court Claim # (if known):      7-1
Amount of Claim:      $24,469.34
Date Claim Filed:      June 9, 2015

Phone:    312-291-3781
Last Four Digits of Acct #      9069

Phone:    866-824-0824
Last Four Digits of Acct #      9122

Name and Address where transferee payments should be sent (if different from above):

**Fay Servicing, LLC**
**Bankruptcy Department**
**3000 Kellway Dr., Ste 150**
**Carrollton, TX 75006**

Phone:    312-291-3781
Last Four Digits of Acct #:      9069

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    _/s/John D. Schlotter_            Date:    8/2/2017
         Transferee/Transferee's Agent

Penalty for making a false statement:    Fine of up to $500,000 or imprisonment for up to 5 years, or both.    18 U.S.C. §§ 152 & 3571

In Re:

     Essie Wallace

Bankruptcy Case No.:    15-30351

Chapter:    13

Judge:    Dwight H. Williams Jr.

## CERTIFICATE OF SERVICE

I, John D. Schlotter, of McCalla Raymer Liebert Pierce, LLC, 1544 Old Alabama Road, Atlanta, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within TRANSFER OF CLAIM filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

HSBC Mortgage Services, Inc.
P.O. Box 21188
Eagan, Minnesota 55121

Joshua C. Milam                      *(served via ECF Notification)*
Shinbaum & Campbell
566 South Perry Street
Montgomery, AL 36104

Sabrina L. McKinney, Trustee        *(served via ECF Notification)*
P.O Box 173
Montgomery, AL 36101

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   <u>8/9/2017</u>   By:     */s/John D. Schlotter*
                (date)           John D. Schlotter
                               Alabama BAR NO.
                               Attorney for Transferee

REPRESENTATION OF PRINTED ██████████



# NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective 07/01/17. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

BENEFICIAL FINANCIAL I INC. is now collecting your payments. BENEFICIAL FINANCIAL I INC. will stop accepting payments received from you after 06/30/17.

Fay Servicing, LLC will collect your payments going forward. Your new servicer will start accepting payments from you on 07/01/17.

Send all payments due on or after 07/01/17 to Fay Servicing, LLC at this address: P.O. Box 88009, Chicago, IL 60680-1009.

If you have any questions for either your present servicer, BENEFICIAL FINANCIAL I INC. or your new servicer Fay Servicing, LLC, about your mortgage loan or this transfer, please contact them using the information below:

| Current Servicer: | New Servicer: |
|---|---|
| **BENEFICIAL FINANCIAL I INC.** | **Fay Servicing, LLC** |
| **(855) 384-0251** | **Customer Service Dept.** |
| **P.O. Box 1231** | **(800) 495-7166** |
| **Brandon  FL 33509-1231** | **P.O. Box 809441** |
|  | **Chicago, IL 60680-9441** |

**Important note about insurance:** If you have mortgage life or disability insurance or any other type of optional insurance, the transfer of servicing rights may affect your insurance in the following way: Fay Servicing does not offer any form of optional insurance. If you have mortgage, life, disability or any other type of optional insurance you must contact your current insurance carrier to determine what you must do to retain coverage.

Under Federal Law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

INTERNET REPRINT



Fay Servicing
07/10/17

# Important Information

**MAKING MORTGAGE PAYMENTS**

**BY MAIL (USPS):** If you are making payments by mail, please submit each monthly payment with a Fay Servicing Mortgage Statement that will be mailed to you shortly in a self-addressed envelope that will be sent separately. Make your check payable to Fay Servicing, LLC, write your Fay Servicing Loan Number on your check or money order, and mail your payment to us at the following Payment Processing Address:

**Fay Servicing**
**Customer Service Payment Processing**
**P.O. Box 88009**
**Chicago, IL 60680-1009**

Please allow 6-10 business days for payment processing. It is important that you mail payments to this Payment Processing Address. Mailing your payment to any other address will result in a delay in posting your payment.

**BY AUTOMATIC PAYMENT (ACH):** If you enroll in our Automatic Payment plan, your payment will be withdrawn from your bank account on the date your loan payment is due(generally the first day of the month). You can enroll with the ACH Enrollment Form included with this Welcome Kit.

**PAY ONLINE:** If you would like to make payments online, please visit our website at www.fayservicing.com to register and create a personal username and password. Once you register and create a username and password, you will also have the ability to view your loan details, loan activity, escrow information, and copies of your statements online.

**PAY BY PHONE:** Fay Servicing's Pay-by-Phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number below to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, since there's no charge for the call or transaction. Please call us to make a payment at 1-800-495-7166.

**MILITARY & THIRD PARTY PAYMENTS:** If your payment is made by military allotment or a third party payment service, you must contact the Defense Finance and Accounting Service or your payment service company immediately and instruct them to send your payments to Fay Servicing instead of the previous company. Your payment must include the Payment Processing Address above and your new loan number.

**TAX AND INTEREST STATEMENTS:** By January 31st, Fay Servicing and your previous mortgage company will mail statements of mortgage interest and property taxes paid during the period your loan was serviced by each company this year.

**HAZARD INSURANCE:** Please notify your insurance provider to update the mortgagee clause on your insurance policy to reflect the following. Fay Servicing, ISAOA/ATIMA, P.O. Box 3644, Springfield, OH 45501-3644.

**QUESTIONS:** If you have any questions please call us toll free at (800)495-7166. Our office is open Monday-Thursday 8:00 a.m. to 9:00 p.m., Friday 8:30 a.m. to 5:00 p.m., and Saturday 10:00 a.m. to 4:00 p.m. (CST). Fay Servicing is committed to providing honest and impeccable service. We look forward to servicing you. If you wish to contact Fay Servicing in writing, please do so at Fay Servicing Customer Correspondence, P.O. Box 809441 Chicago, IL 60680-9441.

**COMPLAINTS:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

REPRESENTATION OF PRINTED ████████████



## Fair Debt Collections Practices Act (FDCPA) Validation Notice

July 10, 2017

ESSIE L WALLACE
4037 PIEDMONT DR
MONTGOMERY AL  36108-4945

Account Number: ████████
RE: 916 DANMEAD AVE
    AKRON  OH 44305-1126

(1)  According to Fay Servicing records, including information that has been received from the prior servicer, BENEFICIAL FINANCIAL I INC., the amount of your debt as of 07/10/17 is provided below

(2)  We are collecting the debt on behalf of:  Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI.

(3)  Current Monthly Payment Amount: $229.57

(4)  Payment Due Date: 11/26/15

(5)  Summary of Total Debt:

**Principal Balance, Interest, Escrow and Other Debt:**

| | |
|---|---|
| Current Principal Balance: | $23,722.18 |
| Current Unpaid Accrued Interest: | $0.00 |
| Escrow Balance: | $0.00 |
| Late Charges: | $0.00 |
| NSF Charges: | $0.00 |
| Partial Payments not yet applied: | $0.00 |
| **Total Amount of Debt:** | **$23,722.18** |

(6)  The total amount of your debt is subject to change as a result of interest and other charges (such as Late Charges, Legal fees and Costs, and other charges). Please call Fay Servicing at 1-800-495-7166 for a current payoff at the time of any payment.

(7)  Pursuant to the Federal Fair Debt Collections Practice Act, if you do not notify us within thirty days after receipt of this notice that you dispute the validity of the debt or any portion thereof, the debt will be assumed to be valid by Fay Servicing.

(8)  If you notify Fay Servicing in writing within thirty days after receipt of this notice, that the debt, or any portion thereof, is disputed, Fay Servicing will obtain verification of the debt or a copy of a judgment against you and a copy of such verification or judgment will be mailed to you.

(9)  Upon your written request within thirty days after receipt of this notice, Fay Servicing will provide you with the name and address of the original creditor, if different from the current creditor.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8:00am to 9:00pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today: 1-800-495-7166. N M L S I D # ████

*PLEASE SEE NEXT PAGE FOR IMPORTANT INFORMATION AND STATES*
INTERNET RESEND

<span style="color:red">REPRESENTATION OF PRINTED ██████████</span>



**IL RESIDENTS:** The primary regulatory agency having jurisdiction over Fay Servicing in Illinois is the Illinois Department of Financial and Professional Regulation (IDFPR), 122 s. Michigan Ave., 19th Floor, Chicago, IL 60603.

**NC RESIDENTS:** Fay Servicing is licensed by the North Carolina Office of Commissioner of Banks. Complaints about Fay Servicing may be submitted to the North Carolina Office of Commissioner of Banks at 4309 Mail Service Center, Raleigh, NC 27699-4309. NC Permit Number: 112302. 440 S. LaSalle St. Suite 2000, Chicago, IL 60605-5011.

**ARKANSAS RESIDENTS:** Fay Servicing is licensed in Arkansas by the Arkansas Securities Department. Complaints about Fay Servicing may be submitted to the Arkansas Securities Commissioner using the following mailing address: Arkansas Securities Department, Heritage West Building, Suite 300, 201 E. Markham St., Little Rock, AR 72201-1692; by telephone using the toll-free consumer hotline: (800) 981-4429; or by email to: info@securities.arkansas.gov.

**Property Located in Texas:** Complaints regarding the servicing of your mortgage should be sent to the Department of Savings and Mortgage Lending, 2601 N. Lamar, Suite 201 Austin, TX 78705. A toll-free consumer hotline is available at 1-877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**COLORADO RESIDENTS: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.**

**Colorado Local Collection Office:   80 Garden Center, Building B, Suite 3**
**Broomfield, CO 80020**
**(303) -920-4763**

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car**

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8:00 am to 9:00pm, Friday 8:30 am to 5:00 pm, and Saturday 10:00 am to 4:00 pm, CST. Call today 1-800-495-7166. NMLS I D # ██

<span style="color:red">INTERNET RECORD</span>